UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

Case No. 1-24-CV-21503-CMA

ELYSE DEPASQUALE,

    Plaintiff,
v.

TRANS UNION LLC AND AMERICAN FIRST FINANCE LLC
    Defendants.
_____/

# **NOTICE OF SETTLEMENT AS TO DEFENDANT AMERICAN FIRST FINANCE LLC ONLY**

Plaintiff Elyse DePasquale submits this Notice of Settlement and states that Plaintiff and Defendant American First Finance LLC have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: May 6, 2024

    Respectfully Submitted,

/s/ Jennifer G. Simil            .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail:  jen@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

PAGE | 1 of 2

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 6, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Jennifer G. Simil             .
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195